Appeal No. 3824 from Judgment dated April 26, 1994; Robert Louis Goza, Jr., Ruling Judge, Madison County Circuit Court.
Patrick M. Rand, Donald A. MeGraw, Jr., Montgomery Smith-Vaniz & MeGraw, Canton, for Appellant.
Clay L. Pedigo, Jackson, for Appellee.
Before McMILLIN, P.J., and COLEMAN and SOUTHWICK, JJ.
Affirmed in Part. Reversed and Remanded in Part.
THOMAS, P.J., and BARBER, DIAZ, KING and PAYNE, JJ., concur.
FRAISER, C.J., and BRIDGES, P.J., not participating.